UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-CR-00244-PMP-RJJ-2 |
| vs. | ) **ORDER** |
| FERNANDO CORONEL-ZAMORA | ) |
| Defendant. | ) |

Having read and considered Defendant's "Fast Track Petition" (Doc. #53) filed June 6, 2012, and the Government's Response in Opposition thereto (Doc. #55), and it clearly appearing that the "Fast Track" program to which Defendant refers in his motion is inapplicable to his case, and good cause appearing,

**IT IS ORDERED** that Defendant Corornel- Zamora's "Fast Track Petition" (Doc. #53) is **DENIED**.

Dated: June 20, 2012.

_____
PHILIP M. PRO
United States District Judge